

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00495-CV

Delma Ramirez **DELEON**, Irma Gomez, Josefina Castor, Olga Ramirez Niaves,
Oralia De La Rosa, Gloria R. Dunford, and San Juanita R. Rodriguez,
Appellants

v.

Oliverio C. **RAMIREZ** and Maria Luisa Ramirez,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 13-02-00046 CVL
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. It is ORDERED that appellees recover their costs of this appeal from appellants.

SIGNED July 19, 2017.

_Marialyn Barnard_
Marialyn Barnard, Justice